NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARDPOOL, INC.,**
*Plaintiff-Appellant,*

**v.**

**PLASTIC JUNGLE, INC.,**
**(now known as CardFlo, Inc.),**
*Defendant-Appellee.*

---

2013-1227

---

Appeal from the United States District Court for the Northern District of California in No. 12-CV-4182, Judge William H. Alsup.

---

**JUDGMENT**

---

EDWARD A. PENNINGTON, Smith, Gambrell & Russell, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were JOHN P. MOY and CHADWICK A. JACKSON. Of counsel was JAMES S. MCDONALD, Blackhawk Network, of Pleasanton, California.

MARC BELLOLI, Feinberg Day Alberti Thompson, LLP, of Menlo Park, California, argued for defendant-appellee. With him on the brief was M. ELIZABETH DAY. Of counsel

on the brief was ANDREW F. PRATT, Adduci, Mastriani, & Schaumberg, LLP, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 30, 2014 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |